## Second Department, August, 1976

### (August 25, 1976)*

■ In the Matter of IRVING YANOFF, Appellant, v STEPHEN J. SOLARZ et al., Respondents.—In a proceeding to validate a petition designating Irving Yanoff as a candidate in the Democratic Party primary election to be held on September 14, 1976 for the public office of Representative to the United States Congress from the 13th Congressional District, the appeal is from a judgment of the Supreme Court, Kings County, entered August 12, 1976, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. Service was not made in accordance with the provisions of the Election Law. Latham, Acting P. J., Cohalan, Margett, Rabin and Shapiro, JJ., concur.

■ In the Matter of MARTIN TAYLOR, Appellant, v EVERETT F. McNAB et al., Constituting the Board of Elections of the County of Suffolk, and ROSE CARACAPPA, Respondents.—In a proceeding to validate a petition designating petitioner Martin Taylor as a candidate in the Conservative Party primary election to be held on September 14, 1976 (the petition refers to the general election to be held on November 2, 1976) for the public office of State Senator, 1st Senatorial District, Suffolk County, in which the objector-respondent applied to dismiss the proceeding, the appeal is from a judgment of the Supreme Court, Suffolk County, dated August 16, 1976, which granted the application and dismissed the proceeding. Judgment affirmed, without costs or disbursements. Service of the petition in this case was not made within the time required by section 330 of the Election Law (see Matter of King v Cohen, 293 NY 435). Latham, Acting P. J., Cohalan, Margett, Rabin and Shapiro, JJ., concur.